**REDACTED COMPLAINT**

FILED
CLERK, U.S. DISTRICT COURT

SEP 20 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RS _____ DEPUTY

GREGORY W. SMITH (SBN 134385)
DIANA WANG WELLS (SBN 284215)
LEILA K. AL FAIZ (SBN 284309)
**LAW OFFICES OF GREGORY W. SMITH**
9100 Wilshire Boulevard, Suite725E
Beverly Hills, California 90212
Telephone:      (310) 777-7894
Telecopier:      (310) 777-7895

**Court-Appointed Special Counsel**
**for Eric M. Haley, Chapter 7**
**Trustee for the Bankruptcy Estate of**
**In re Ardent Cyber Solutions, LLC,**
**Case No. 2:20-bk-06722-PS**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

_____

ERIC M. HALEY, Chapter 7 Trustee
for the Bankruptcy Estate of In re:
Ardent Cyber Solutions, LLC,
Case No. 2:20-bk-06722-PS

Plaintiff,

vs.

ERIC GARCETTI, JOSEPH
BRAJEVICH, THE CITY OF LOS
ANGELES, THE CITY OF LOS
ANGELES, BY AND THROUGH
ITS DEPARTMENT OF WATER
AND POWER, and DOES 1
THROUGH 50.

Defendants.

_____

**2:21-CV-07503-SB-PD**

**COMPLAINT**

**JURY TRIAL DEMANDED**

1

COMPLAINT

**NATURE OF THE ACTION**





5.

6.

7.

8.

9.

3

COMPLAINT



COMPLAINT



COMPLAINT



18.

19.

i.

COMPLAINT

ii.

iii.

20.

COMPLAINT



COMPLAINT



COMPLAINT



**THE PARTIES**

COMPLAINT



34.

35.

36.

37.

COMPLAINT



COMPLAINT

## NON-PARTIES

44.

45.

46.

47.

COMPLAINT

## JURISDICTION AND VENUE

48.

49.

50.

51.

## SUBSTANTIVE ALLEGATIONS

52.

14

COMPLAINT



53.

54.

a.

b.

COMPLAINT

c. █████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████.

d. █████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████.

e. █████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████.
██████████████.

55. ████████████████████████████████████████████
██████████████████████████████████████████████
███████████████.

56. ████████████████████████████████████████████
██████████████████████████████████████████████:

████████████████████████████████████████████
████████████████████████████████████;

████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████.

████████████████.

COMPLAINT



COMPLAINT



18

COMPLAINT

65. █████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

██████████████.

█████████████████████████████████████████████

█████████████████████████████████████████████

██████████████.

66. █████████████████████████████████

██████████████.

19

COMPLAINT

67.

68.

69.

70.

71.

COMPLAINT



COMPLAINT



77.

78.

79.

COMPLAINT

80. █████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████.

81. ████████████████████████████████

█████████████████████████████████████████████.

82. ████████████████████████████████:

- ██████████████████████████████████████;

- ████████████████████████;

- ███████████████████; █

- ██████████████████████████████.

83. █████████████████████████████████████████████████:

████████████████████████████████████████████████:

COMPLAINT

█████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████
████

██████████████████████████████████████████████████
█████████████████████████████████████████████████
██████████████████████████████████████████

● ████████████████████████████████████████████████
█████████████████████████████████████████████████
███████████████████████████████████████████████
█████████████.

● █████████████████████████████████████████████████
█████████████████████████████████████████████████
███████████████████████.

84. ███████████████████████████████████████████████
███████████████████████████████████████████████████:
████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████.

24

COMPLAINT

85. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

86. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

87. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████:

- ███████████████████████████████████████████████████;

- █████████████████████████████████████████████;

- ██████████████████████████████████████████████████████████████████;

- ████████████████████████████████████████████████████.

88. ████████████████████████████████████████████████████████████████████████

25

COMPLAINT

Case 2:21-cv-07503-SB-PD   Document 1   Filed 09/20/21   Page 26 of 68   Page ID #:26



26

COMPLAINT



COMPLAINT

96.

97.

98.

99.

100.

COMPLAINT

101.

102.

103.

1.

\*     \*     \*

COMPLAINT

:

\*       \*       \*

2.

COMPLAINT

3.

4.

COMPLAINT

**5.**

**6.**

COMPLAINT

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████.

8.  ████████████████████████████████████████████████████
████.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████.

██████████████████.

9.  ████████████████████████████████████████████████████
████████████████████████████.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████.

COMPLAINT

34

COMPLAINT

███████████████

████████████████████████████████████████████
████████████████.

█████████████████████████████████████

██████████████████████████████████████████████.

███████████████████████████████████████

████████████████████████████████████████████
███████████████████.

██████████████████████████████

████████████████████████████████████████████
████████████████.

██████████████████████████

████████████████████████████████████████████
████████████████.

███████████

████████████████████████████████████████████
████████████.

██████████████████████████

████████████████████████████████████████████
████████████.

[3] ████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████

[4] ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

COMPLAINT

104. [redacted]

105. [redacted]

106. [redacted]

107. [redacted]

COMPLAINT

108.

109.

110.

111.

112.

37

COMPLAINT

███████████████████████████████████████
████████████████████████.

113.    ██████████████████████████████
████████████████████████████████████:

a.    █████████████████████████████
███████████████████████████
;████████████████████████████

b.    ████████████████████████████
████████████████████████████████;

c.    ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████.

114.    ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████.

115.    ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

38

COMPLAINT



116.

117.

118.

COMPLAINT

███████████████████████████████████████████████
████████████████████████.

████████████████████████
████████████████████████████
█████████████████████████████████
119.   ████████████████████████████████████

████████████████████████████████████████████.
████████████████████████
██████████.

120.   ████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████.

121.   ██████████████████████████████████████████
████████████████████████████████████████.

122.   ████████████████████████████████████████████
███████████████████████████████████████.

123.   ████████████████████████████████████████████
████████████████████████████████.

124.   ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████.
██████████████████████████████
██████████.

125.   ████████████████████████████████████████████
████████████████████████████████████████████

40

COMPLAINT



COMPLAINT

131. ███████████████████████████████████████
████████████████████████████ .

132. ███████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████ .
████████████████████████████████████████
████████████████████████ .

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

134. ███████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███ .

135. ███████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████ .
████████████████████████████████████████
███████████████████████████ .

136. ███████████████████████████████████████
████████████████████████████████████████
███████ .

COMPLAINT

137.

138.

139.

140.

141.

142.

143.

COMPLAINT

144. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

145. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

146. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

147. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

148. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

COMPLAINT



COMPLAINT



iii.

152.

•

•

46

COMPLAINT

███████████████████████████

- ██████████████████████████████████████████
  █████████████████;

- ██████████████████████████████████████████
  ████████████████████████████████;

- ██████████████████████████████████████████
  ██████████████████████████████████████████
  ██████████████████████████████████████████
  ██████████████████████████████████████████
  ██████████████████████████████████████████
  █████████████████████;

- ██████████████████████████████████████████
  ██████████████████████████████████████████
  ██████████████████████████████████████████
  █████:

47

COMPLAINT

COMPLAINT

- █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████
  ████████████████████████████████████████;

██████████████████████████████████

- █████████████████████████████████████████████
  █████████████████████████████████████████████
  ████████████████;

- █████████████████████████████████████████████
  █████████████████████████████████████████████
  ████████;

- █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████.

- █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████
  █████████████████████████████████████████████
  ████████████████████;

COMPLAINT

- ██████████████████████████████████████████████████████████████████████████ ;

- ██████████████████████████████████████████████████████████████████████████ :

| ████████████████ | ████████████ |
|---|---|
| ██ | ██ |
| ██ | █ |
| ██ | █ |
| ██ | ██ |
| ██ | █ |
| ██ | ██ |
| ██ | ██ |
| ██ | ██ |
| ██ | ██ |
| ██ | ██ |
| ██ | ██ |

50

COMPLAINT



COMPLAINT

153.

154.

155.

156.

COMPLAINT



53

COMPLAINT



163.

164.

165.

COMPLAINT



166.

167.

168.

169.

170.

171.

COMPLAINT

172.

COMPLAINT



177.

178.

179.

**COUNT I**

180.

181.

182.

57

COMPLAINT



COMPLAINT

## COUNT II



187.

188.

189.

190.

COMPLAINT



191.

192.

193.

## COUNT III

194.

195.

196.

197.

COMPLAINT



198.

199.

200.

COMPLAINT

**COUNT IV**



201.

202.

204.

205.

206.

207.

208.

209.

210.

COMPLAINT

# COUNT V



211.

212.

213.

214.

215.

216.

217.

218.

COMPLAINT

## COUNT VI



219.

220.

221.

223.

224.

COMPLAINT

## COUNT VII



225.

226.

227.

228.

229.

230.

231.

232.

233.

234.

65

COMPLAINT

# COUNT VIII



235.

236.

237.

238.

239.

240.

COMPLAINT

## PRAYER FOR RELIEF



(i)

(ii)

(iii)

(iv)

(v)

(vi)

Dated:  September 17, 2021

_____

GREGORY W. SMITH (SBN 134385)
DIANA WANG WELLS (SBN 284215)
LEILA K. AL FAIZ (SBN 284309)
**LAW OFFICES OF GREGORY W. SMITH, LLP**
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, California 90212
Telephone:      (310) 777-7894
Telecopier:     (310) 777-7895

**Court-Appointed Special Counsel for Eric M. Haley, Chapter 7 Trustee for the Bankruptcy Estate of In re Ardent Cyber Solutions, LLC, Case No. 2:20-bk-06722-PS**

COMPLAINT

## DEMAND FOR A TRIAL BY JURY

██████████████████████████████████████████████████.

Dated: September 17, 2021

_____

GREGORY W. SMITH (SBN 134385)
DIANA WANG WELLS (SBN 284215)
LEILA K. AL FAIZ (SBN 284309)
**LAW OFFICES OF GREGORY W. SMITH, LLP**
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, California 90212
Telephone:     (310) 777-7894
Telecopier:     (310) 777-7895

**Court-Appointed Special Counsel for Eric M. Haley, Chapter 7 Trustee for the Bankruptcy Estate of In re Ardent Cyber Solutions, LLC, Case No. 2:20-bk-06722-PS**

68

COMPLAINT