GREGORY W. SMITH (SBN 134385)
DIANA WANG WELLS (SBN 284215)
LEILA K. AL FAIZ (SBN 284309)
**LAW OFFICES OF GREGORY W. SMITH, LLP**
9100 Wilshire Boulevard, Suite725E
Beverly Hills, California 90212
Telephone: (310) 777-7894
Telecopier: (310) 777-7895

**Court-Appointed Special Counsel for Eric M. Haley, Chapter 7 Trustee for the Bankruptcy Estate of In re Ardent Cyber Solutions, LLC, Case No. 2:20-bk-06722-PS**

FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2022
CENTRAL DISTRICT OF CALIFORNIA
BY K.M. DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ERIC M. HALEY, Chapter 7 Trustee for the Bankruptcy Estate of In re: Ardent Cyber Solutions, LLC, Case No. 2:20-bk-06722-PS

Plaintiff,

vs.

ERIC GARCETTI, JOSEPH BRAJEVICH, THE CITY OF LOS ANGELES, THE CITY OF LOS ANGELES, BY AND THROUGH ITS DEPARTMENT OF WATER AND POWER, and DOES 1 THROUGH 50.

Defendants.

**Case No. 2:21-cv-7503 SB(PDx)**

**Hon. Stanley Blumenfeld**
**Mag. Patricia Donahue**

**DECLARATION OF GREGORY W. SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION**

I, Gregory W. Smith, declare under penalty of perjury under the laws of the United States as follows:

1. On April 19, 2021, I was appointed Special Counsel for Eric M. Haley, the Chapter 7 Trustee for the Bankruptcy Estate in *In re Ardent Cyber Solutions, LLC*, Case No. 2:20-bk-06722-PS and Plaintiff in this action ("Trustee" or "Plaintiff"). I respectfully submit this declaration in support of Plaintiff's Motion for Reconsideration. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would competently testify to the matters stated herein.

2. On December 20, 2021, the City of Los Angeles (the "City") filed its motion to transfer seeking to transfer this action to the United States Bankruptcy Court, District of Arizona, where two bankruptcies are pending involving Paul Paradis and the City (the "Motion to Transfer").[1]

3. Although the City was required to meet and confer with the Trustee prior to the filing of a motion to transfer, as required by Local Rule 7-3, the City never met and conferred with the Trustee or Special Counsel for the Trustee regarding this Motion.

4. On January 13, 2022, the Court issued an order taking the City's Motion to Transfer off of calendar for oral arguments. Unaware of the fact that the City had ever filed the Motion to Transfer, Special Counsel believed this to be an error.

5. On January 19, 2022, the Court issued an order granting the City's Motion to Transfer, thereby transferring this action to the United States Bankruptcy Court for the District of Arizona. It appears that the Court's sole basis for granting the Motion to Transfer was the fact that the Trustee did not oppose the Motion.

[1] The two bankruptcy actions are: (i) *In re Paul O. Paradis*, 20-bk-06724-PS (U.S. Bank. D. Az.) and (ii) *In re Ardent Cyber Solutions, LLC*, 2:20-bk-06722-PS (U.S. Bank. D. Az.).

Dated: January 21, 2022

*/s/ Gregory W. Smith*
GREGORY W. SMITH (SBN 134385)

**Court-Appointed Special Counsel for Eric M. Haley, Chapter 7 Trustee for the Bankruptcy Estate of In re Ardent Cyber Solutions, LLC, Case No. 2:20-bk-06722-PS**

**PROOF OF SERVICE**

**HALEY v. GARCETTI, et al.**
**CASE NO. 2:21-cv-07503-SB-PDx**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action; my business address is 9100 Wilshire Boulevard, Suite 725E, Beverly Hills, California 90212.

On the date hereinbelow specified, I served the foregoing document, described as set forth below on the interested parties in this action by electronically serving true copies thereof and by placing true copies thereof enclosed in sealed envelopes, addressed as follows:

DATE OF SERVICE : January 24, 2022

DOCUMENT SERVED : **DECLARATION OF GREGORY W. SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION**

PARTIES SERVED :

| **VIA ELECTRONIC MAIL** | **BY REGULAR MAIL** |
|---|---|
| Eric M. George, Esq.<br>Guy C. Nicholson, Esq.<br>Kathryn L. McCann, Esq.<br>Ellis George Cipollone O'Brien Annaguey LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067<br>Email Addresses:<br>egeorge@egcfirm.com;<br>gnicholson@egcfirm.com;<br>kmccann@egcfirm.com | Michael N. Feuer, City Attorney<br>Kathleen A. Kenealy, Chief Deputy City Attorney<br>Los Angeles City Attorney's Office<br>221 N. Figueroa Street, Suite 1000<br>Los Angeles, California 90012 |

XXX (BY ELECTRONIC MAIL) I caused such document(s) to be electronically mailed to the electronic notification addresses listed above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

XXX (BY REGULAR MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at County of Los Angeles, California. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_ (BY PERSONAL SERVICE) I personally delivered by hand to the offices of the addressee(s).

_ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXX (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED at County of Los Angeles, California on January 24, 2022.

Selma Francia