UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-7503 SB (PDx) | Date: | 2/2/2022 |
|---|---|---|---|

| Title: | *Eric M. Haley v. Eric Garcetti, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER UNSEALING DOCKET

The docket in this closed case has been sealed from its inception.  This appears to have been an administrative error, as the Court never ordered the case sealed and in fact denied Plaintiff's application to file the complaint under seal.  *See* Dkt. No. 19.

It is well established that there is a "common-law right of access to judicial records."  *Nixon v. Warner Comms., Inc*., 435 U.S. 589, 596-598 (1978).  While a court may seal records when appropriate, it also has the authority to "later unseal" them when warranted.  Fed. R. Civ. P. 5.2(d); *see also Nixon*, 435 U.S. at 596-598 (noting that "[e]very court has supervisory power over its own records"). (1978).  This discretion extends to a court's power to unseal a docket sua sponte. *See, e.g.*, *Strunk v. Obama*, 880 F. Supp. 2d 1, 5 (D.D.C. 2011) (unsealing entire case file sua sponte); *Zurich Am. Ins. Co. v. Rite Aid Corp.*, 345 F. Supp. 2d 497, 500 (E.D. Pa. 2004) (ordering "the entire docket and record be unsealed in this matter"); *People of United States v. United States, Inc*., 2020 WL 2768983, at *1 (D. Alaska May 28, 2020) (sua sponte unsealing the docket where "[t]he entire case [had previously] remained sealed").

| CV-90 (12/02) | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk JGR |
|---|---|---|

      Here, neither party established an interest sufficient to overcome the public's right of access to judicial records, and the case was sealed by administrative mistake. Accordingly, the Court hereby **orders** that the entire docket in this closed case be unsealed.

      **IT IS SO ORDERED**.